UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

MICHAEL MEADOR,

    Petitioner,

V.

HECTOR JOYNER,

    Respondent.

Civil Action No. 7:19-cv-30-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner Michael Meador's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DISMISSED**;

2. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding;

3. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4. This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

Dated April 10, 2019.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY